AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whyte, Ronald M. | Northern District of California | 2/20/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
280 South First Street
San Jose, CA 95113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Exec. Committee | Santa Clara Inn of Court |
| 2. | Member | Intellectual Property Board of Advisors - George Washington Law School |
| 3. | Member | Santa Clara Law School Advisory Board |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 02/20/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Teaching Santa Clara Law School | $1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Court Designated Child Advocates - wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Intellectual Property Owner's Educational Foundation | 05/22 - 05/30 | Brussels, Belgium | Patent Law Seminar | Transportation, Meals, Hotel |
| 2. | ALI - ABA | 10/12 - 10/14 | Chicago, IL | Patent Law Seminar | Transportation, Meals, Hotel |
| 3. | Courts and Patent Policy Conference | 11/03 - 11/06 | Washington, D.C. | Patent Law Seminar | Transportation, Meals, Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 02/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 02/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Emeryville Redev Bond | A | Interest | | | Redeemed | 09/01/11 | J | A | |
| 2. Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 3. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 4. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 5. Davis NY Venture Mut Fund | B | Dividend | K | T | | | | | |
| 6. Templeton Foreign Fund | B | Dividend | K | T | | | | | |
| 7. Prudential (Dryden) Cal Muni Fund | B | Dividend | K | T | | | | | |
| 8. Pax World Fund | C | Dividend | M | T | | | | | |
| 9. First Eagle Global Fund | D | Dividend | M | T | Sold (part) | 04/15/11 | K | E | |
| 10. Bank of the West Acct | A | Interest | J | T | | | | | |
| 11. Bank of the West Acct | A | Interest | J | T | | | | | |
| 12. Condo, ▨ Blaine County, ID | D | Rent | N | S | | | | | |
| 13. Condo, ▨, Santa Clara County, CA | | None | N | S | | | | | |
| 14. Calamos Investment Trust Growth Fund | C | Dividend | L | T | | | | | |
| 15. Eaton Vance Health Science Fund | D | Dividend | L | T | | | | | |
| 16. von Weise Properties, LLC | D | Distribution | N | W | | | | | |
| 17. Artio Inter Fund | B | Dividend | | | Sold | 02/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 02/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Dev Mrks Fd | A | Dividend | K | T | | | | | |
| 19. Chase | A | Interest | J | T | | | | | |
| 20. Ceres Ca Redev Bond | A | Interest | K | T | | | | | |
| 21. Solano CA 3.5% Bond | B | Interest | K | T | | | | | |
| 22. Pomona CA Bond | B | Interest | L | T | | | | | |
| 23. ML Bank Deposit | A | Interest | L | T | | | | | |
| 24. Sacramento San Bd | B | Interest | | | Redeemed | 08/01/11 | L | A | |
| 25. Reassure Annuity | D | Interest | M | T | | | | | |
| 26. Fremont CA Un High Sch Bond | B | Interest | K | T | | | | | |
| 27. Alameda Corridor Tran Bond | | None | L | T | | | | | |
| 28. San Jose Redev Agy Bond | C | Interest | L | T | | | | | |
| 29. CD American Express Bk | D | Interest | | | Redeemed | 12/15/11 | M | A | |
| 30. Dreyfus Appreciation Fund | B | Dividend | M | T | | | | | |
| 31. FIA Card Services NA | A | Interest | M | T | | | | | |
| 32. Pimco Short Tern Fd. | C | Dividend | M | T | | | | | |
| 33. USAA Cornerstone Strat Fund | A | Dividend | J | T | | | | | |
| 34. Blackrock Global Alloc. Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 02/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Currency Shares-Australian Dollars | A | Interest | J | T | | | | | |
| 36. Currency Shares-Canadian ETF | A | Interest | J | T | | | | | |
| 37. i Shares Barclays 1-3 year credit | A | Dividend | K | T | | | | | |
| 38. i Shares Barclays 1-3 Treas. | A | Dividend | K | T | | | | | |
| 39. Ivy Asset Strategy Fd | A | Dividend | K | T | | | | | |
| 40. Merck Hard Currency Fd. | A | Dividend | K | T | | | | | |
| 41. Pimco Commodity RR Strat. | B | Dividend | K | T | Buy | 03/11/11 | J | | |
| 42. Sector SPDR Utilities | B | Dividend | L | T | Buy | 04/15/11 | K | | |
| 43. SPDR Gold Trust | | None | K | T | | | | | |
| 44. SPDRS P Div ETF | B | Dividend | L | T | | | | | |
| 45. Vanguard MSCI Emerg | A | Dividend | K | T | | | | | |
| 46. Wisdomtree Inv. Inc. | A | Dividend | J | T | | | | | |
| 47. ML Bank Deposit | A | Interest | J | T | | | | | |
| 48. ETFS Physical Prec. Metal | | None | K | T | Buy | 01/10/11 | K | | |
| 49. ETFS Physical Prec. Metal | | None | J | T | Buy | 03/11/11 | J | | |
| 50. First Trust Global Copper | A | Dividend | J | T | Buy | 01/11/11 | J | | |
| 51. SPDR DB Int. Govt. Infl | A | Dividend | K | T | Buy | 01/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 02/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Blackrock Muni | B | Dividend | K | T | Buy | 03/11/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 12: Ketchum ID [          ] assessed value is $360,180.

Part VII, Item 13: Los Gatos CA [          ] assessed value is $266,746.

I received reimbursement for transportation, hotel and meals from the George Washington Law School India Project for patent conferences in Delhi and Mumbia, India during the period from February 9-20, 2010. However, I did not receive the reimbursement until September 23, 2011.

In Part VII, page 5, line 25, of my 2010 annual report I listed "CMA Money Fund." My understanding is that the CMA (Cash Management Account) Money Fund was transferred into ML Bank Deposit listed on line 47 of my 2011 annual report. I believe it is in essence a name change of the account within Merrill Lynch.

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 02/20/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ronald M. Whyte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544